ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
ROBERT MURGUIA MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00077-LJO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER PERMITTING DEFENDANT TO TRAVEL TO THE NORTHERN DISTRICT OF CALIFORNIA |
| ROBERT MURGUIA MARTINEZ, | |
| Defendant. | |

On February 26, 2013, defendant Robert Martinez made his initial appearance before this Court on an indictment filed in the Eastern District of California charging him with conspiracy to possess with intent to distribute methamphetamine. Mr. Martinez was released on his own recognizance and in the custody of a third party, Ms. Esther Martinez, under conditions set by this Court. Two such conditions are that the Defendant may not travel outside of Tulare, Kern, Kings, Fresno, and Madera Counties without the Court's permission and is participating in Home Detention with GPS tracking.

Mr. Martinez's sister, Esther Martinez, is scheduled to have a Hernia Repair operation at UCSF Medical Center on Tuesday, March 19, 2013. Mr. Martinez wishes to travel by car to San Francisco with his custodian and other siblings for this operation.

The City of San Francisco is in the Northern District of California and is outside the travel restrictions under Mr. Martinez's current conditions of release. United States Pretrial Services Officer Dan Stark has advised defense counsel that he does not object to a modification of Mr. Martinez's release conditions to permit him to travel to and from the Northern District of California provided that he first obtain permission from the Court and complies with any restrictions that Pretrial Services may impose on such travel.

Accordingly, the parties agree and stipulate that Mr. Martinez's conditions of release should be modified as follows: Mr. Martinez shall be permitted to travel by car to and from the Northern District of California, on Monday, March 18, 2013, and returning on Wednesday, March 20, 2013, with the advance permission of, and as directed by, Pretrial Services.

**IT IS SO STIPULATED**.

Dated: March 12, 2013         /s/ Kimberly Sanchez
                              Assistant United States
                              Attorney


Dated: March 12, 2013         /s/ Anthony P. Capozzi
                              Anthony P. Capozzi
                              Attorney for
                              ROBERT MURGUIA MARTINEZ

**ORDER**

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant shall be permitted to travel by car to and from the Northern District of California, on **Monday, March 18, 2013, and returning on Wednesday, March 20, 2013,** with the advance permission of, and as directed by, Pretrial Services. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: __**March 12, 2013**__   _____**/s/ Gary S. Austin**_____
UNITED STATES MAGISTRATE JUDGE