```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-077 LJO |
| Plaintiff, | ORDER RE: MOTION FOR DISCLOSURE OF PRETRIAL SERVICES INFORMATION |
| v. | |
| ISMAEL RUBALCAVA, | |
| Defendant. | |

GOOD CAUSE APPEARING, based on the filing of a Ninth Circuit appeal of the detention order by the defendant, it is hereby ordered that the Pretrial Services Office for the United States District Court for the Eastern District of California provide copies of the Pretrial Services Report regarding ISMAEL RUBALCAVA and any supplemental reports which were presented to the United States District Judge Lawrence J. O'Neill and that said reports be provided to the Clerk of the Court for inclusion in the record on appeal to be transmitted to the Court of Appeals for the Ninth Circuit for its consideration.

FURTHER, that after said consideration by the United States Court of Appeals for the Ninth Circuit, said reports are to be returned to the files of the Pretrial Services Office for the Eastern District of California and maintained therein and are not to be kept in any other court file.

IT IS SO ORDERED.

Dated: April 25, 2013

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District
Court Judge